IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | Civil No. 3:10-cv-114-JPG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Duane Verity, ) | |
| ) | |
| Defendant. ) | |

**CONSENT JUDGMENT**

The United States of America having filed its complaint, and defendant, Duane Verity, having waived his right to file answer and waived any defense which he may have to the entry of judgment, and sufficient reason appearing for the entry of said judgment:

**IT IS HEREBY ORDERED** judgment is entered in favor of the plaintiff, United States of America, and against defendant, Duane Verity, in the total sum of $101,770.95 as of June 14, 2010, with additional interest accruing at an annual rate of 8.250% until the date of judgment, plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 and shall be computed daily and compounded annually until paid in full. The defendant shall have the option to satisfy this judgment by paying to the plaintiff the compromised sum of **$69,350.00** no later than June 1, 2011. A judgment lien will be recorded in Williamson County, Marion, Illinois. That if the defendant fails to pay when due the option to satisfy said judgment is canceled and plaintiff shall be entitled to proceed by law.

The total amount of the judgment in favor of the plaintiff, United States of America, and against the defendant, Duane Verity, is $101,770.95 and costs of this suit.

IT IS FURTHER ORDERED that the Clerk of the Court remove this case from the

docket.  [The Clerk of Court is directed to close this case.][1]


**DATED:  July 21, 2010**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **United States District Judge**


Entry of the foregoing judgment
is hereby consented to:


**s/ *Gerald M. Burke***                                   7/15/10
GERALD M. BURKE                                 Date
Assistant United States Attorney


**s/ *Duane Verity*** (with consent)                6/30/10
DUANE VERITY                                     Date
Defendant

---

[1] The bracketed language was added by the Court and was not approved by the parties.